Certificate Number: 05781-OKE-DE-041544384

Bankruptcy Case Number: 26-80994

05781-OKE-DE-041544384

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2026, at 10:03 o'clock AM PDT, Tracy Waltrip completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Oklahoma.

Date: October 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President